THE LAW OFFICES OF

# NEAL BRICKMAN, P.C.

420 LEXINGTON AVENUE, SUITE 2811
NEW YORK, NEW YORK 10170
TELEPHONE: (212) 986-6840

NEAL BRICKMAN*
ETHAN Y. LEONARD **
JASON A. STEWART ***
VIRGINIA A. REILLY* (OF COUNSEL)
KERIN R. DALY ****

* NY BAR ONLY
** NY AND CT BAR
*** NY AND NJ BAR
**** VA BAR ONLY

<u>**Via PACER**</u>

The Honorable Arun Subramanian                                      July 14, 2025
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

>    Re:    **In the Matter of the Arbitration Between Meghan Brown v. JP Morgan
>    Chase Bank, N.A. and JP Morgan Securities LLC.
>    Case No:  25-cv-05633**

Dear Judge Subramanian:

I write to inform the Court that Jeffrey Dunlap, of the law firm UB Greensfelder LLP,

counsel for the respondents JP Morgan Chase Bank, N.A. and JP Morgan Securities LLC, has

advised our firm that their clients do not intend to object to or contest the confirmation of the

arbitration award in the above-referenced matter.

Thank you for your attention to this matter.

Very truly yours,

/s/ Jason A. Stewart
Jason A. Stewart, Esq.

cc:

JP Morgan Chase Bank, N.A.
JP Morgan Securities LLC
c/o UB Greensfelder LLP
Attn: Jeffrey Dunlap
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113-1406
(*Via E-mail:* jdunlap@ubglaw.com)