UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Meghan Brown,<br><br>       Petitioner,<br><br>  -against-<br><br>JPMorgan Chase Bank, N.A and JP Morgan Securities LLC,<br><br>       Respondents. | 25-CV-5633 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Petitioner filed a petition to confirm arbitration. Dkt. 2. Petitioner then informed the Court that respondents' counsel has indicated they do not intend to object or contest confirmation of the award. Dkt. 7. The Court notes that respondents have not yet appeared.

  The stated basis for subject-matter jurisdiction is that the Court has "federal question jurisdiction over this matter as it arises under the Federal Arbitration Act." Dkt. 2 at ¶ 5. However, it is well established that the FAA "itself does not generate subject matter jurisdiction." *Rabinowitz v. Kelman*, 75 F.4th 73, 79 (2d Cir. 2023) (summarizing *Badgerow v. Walters*, 596 U.S. 1 (2022)). Instead, a "court must identify an 'independent jurisdictional basis' to resolve the matter." *Id.* at 78–79 (citation omitted).

  By August 1, 2025, petitioner should submit a letter to the Court explaining the basis for jurisdiction. If the basis is diversity of citizenship, petitioner should specify the citizenship of each party.

  SO ORDERED.

Dated: July 28, 2025
   New York, New York

                        _____
                         ARUN SUBRAMANIAN
                        United States District Judge