UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                          :

Meghan Brown,                                :

                       Petitioner,             :           25-CV-5633 (AS)

                                          :

             -v-                            :           <u>MEMORANDUM OPINION</u>
                                          :                <u>AND ORDER</u>

JPMorgan Chase Bank, N.A.; JP Morgan Securities LLC,  :

              Respondents.         :

-------------------------------------------------------------------X

ARUN SUBRAMANIAN, United States District Judge:

       On July 8, 2025, Petitioner filed a Petition to Confirm Arbitration. Dkt. 1. Petitioner served Respondents with the Petition and supporting materials, and the briefing schedule. Dkt. 6. Petitioner filed a letter informing the Court that Respondents have stated that they do not plan to contest the arbitration. Respondents have not yet appeared, nor responded to the petition nor otherwise sought relief from the Award.

       The Court must treat the Petition, even though unopposed, "as akin to a motion for summary judgment based on the movant's submissions." *Trs. for Mason Tenders Dist. Council Welfare Fund, Pension Fund, Annuity Fund & Training Program Fund v. Capstone Constr. Corp.*, 11-CV-1715 (JMF), 2013 WL 1703578, at *2 (S.D.N.Y. Apr. 19, 2013) (discussing in depth the legal standards for resolving unopposed petitions to confirm arbitration awards). After reviewing the petition and the supporting materials, the Court finds that there is no genuine issue of material fact precluding summary judgment as to all portions of the Award, as the Arbitrator's

decision provides more than "a barely colorable justification for the outcome reached." *Id.* at *3 (internal quotation marks omitted). Nor is there any justification under Section 10(a) of the Federal Arbitration Act for vacating the Award.

Accordingly, the Court grants Petitioner's unopposed petition to confirm the entire Award. Petitioner is directed to file their Proposed Judgment electronically, using the ECF Filing Event "Proposed Judgment," by no later than **October 30, 2025**.

SO ORDERED.

Dated: October 15, 2025
      New York, New York

                                       ARUN SUBRAMANIAN
                                       United States District Judge