UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between:<br><br>MEGHAN BROWN,<br><br>                     Petitioner,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A. and<br>JP MORGAN SECURITIES LLC,<br><br>                     Respondents. | Case No. 25-cv-05633-AS |

**ORDER AND JUDGMENT CONFIRMING ARBITRATION AWARD**

Upon consideration of the Petition to Confirm Arbitration Award (ECF No. 2), the accompanying exhibits, and the record in this case, and it appearing that the Petition was duly served on Respondents, that no opposition was filed, and that the time for doing so has expired, and the Court having reviewed the matter pursuant to the Federal Arbitration Act, 9 U.S.C. § 9,

It is on this 4th day of November, 2025, hereby:

**ORDERED** that, the Arbitration Award issued on July 24, 2024, by the arbitrator in *Meghan Brown v. JP Morgan Chase Bank, N.A., JP Morgan Securities LLC*, Case No. 01-23-0000-7568, is CONFIRMED in all respects.

**ORDERED** that, consistent with the Award, the Termination Explanation in Question 3 of Petitioner Meghan Brown's Form U-5 (Filing ID 56652852) shall be deleted and replaced by the following: "Non-securities related."

**ORDERED** that, FINRA's Registration and Disclosure Department is directed to execute the expungement directive contained in the Arbitration Award and make the corresponding amendment to Petitioner's CRD record.

**ORDERED** that, the Clerk of Court is respectfully directed to enter judgment in favor of Petitioner confirming the Arbitration Award and to close this case.

Dated:   November 5, 2025
          New York, New York

_____
HONORABLE ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE