UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In the Matter of the Arbitration Between:
MEGHAN BROWN,

                      Petitioner,                      25 **CIVIL** 5633 (AS)

    -against-                                        **JUDGMENT**

JP MORGAN CHASE BANK, N.A. and
JP MORGAN SECURITIES LLC,

                   Respondents.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 5, 2025, the Arbitration Award issued on July 24, 2024, by the arbitrator in *Meghan Brown v. JP Morgan Chase Bank, N.A., JP Morgan Securities LLC*, Case No. 01-23-0000-7568, is CONFIRMED in all respects. Judgment is hereby entered in favor of Petitioner confirming the Arbitration Award and the case is closed.

**Dated**: New York, New York
           November 13, 2025

                                                      **TAMMI M. HELLWIG**
                                                       **Clerk of Court**

                    BY:
                                                       **Deputy Clerk**